IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALLEN BISHOP                                                                                               PLAINTIFF

v.                                      Case No. 2:15-CV-02252

NANCY BRYANT and JAMES BRUTON                                              DEFENDANTS

**O R D E R**

Currently before the Court are the findings and recommendations (Doc. 6) of the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Also before the Court are Plaintiff's objections (Doc. 7). Plaintiff's objections generally express frustration over the Magistrate's analysis of his claims. Upon due consideration, the Court finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations and that the Magistrate's report does not otherwise contain any clear error.

The Magistrate's report (Doc. 6) is therefore ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons set forth in the report, IT IS ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

Judgment will be entered accordingly.

IT IS SO ORDERED this 4th day of April, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE